**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6892**
_____

KENNETH RIVERA, a/k/a Kenneth Syncere Rivera, a/k/a Kenneth D. Rivera,

           Plaintiff - Appellant,

      v.

SERGEANT LEONARD; OFFICER PONDER,

           Defendants – Appellees,

      and

SCOTTY BODIFORD,

           Defendant.

_____

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  David C. Norton, District Judge. (5:15-cv-01191-DCN)

_____

Submitted:  December 20, 2016     Decided:  December 22, 2016

_____

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Rivera, Appellant Pro Se.  Stephanie Holmes Burton, GIBBES & BURTON, LLC, Spartanburg, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Rivera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rivera v. Leonard, No. 5:15-cv-01191-DCN (D.S.C. June 17, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED